JUDGE McMAHON

08 CV 03574

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,                :
CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,        :

                    Plaintiffs,         :

         -against-                      :

HADI ABDEL-QADER AND JAMILAH            :
MABRUK BOTH D/B/A ACCT-2004
D/B/A CPA-2005 AND JOHN DOES            :
NOS. 1-5,
                                        :
                    Defendants.
                                        :
- - - - - - - - - - - - - - - - - - -x

APR 14 2008
U.S.D.C. S.D. N.Y.
CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cengage Learning Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 4/14/08

William Dunnegan
SIGNATURE OF ATTORNEY