**JUDGE McMAHON**

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

08 CV 3574

------------------------------------x

PEARSON EDUCATION, INC.,
CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

                    Plaintiffs,

-against-

HADI ABDEL-QADER AND JAMILAH
MABRUK BOTH D/B/A ACCT-2004
D/B/A CPA-2005 AND JOHN DOES
NOS. 1-5,

                    Defendants.

------------------------------------x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The McGraw-Hill Companies, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 4/14/08

_____
SIGNATURE OF ATTORNEY