*Memorton/5*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
PEARSON EDUCATION, INC.,                                    :
CENGAGE LEARNING, INC., and                                 :
THE McGRAW-HILL COMPANIES, INC.,                            :        08 Civ. 3574 (CM)
                                                            :
                              Plaintiff,                    :
                                                            :        **STIPULATION AND ORDER**
                    - against -                             :
                                                            :
HADI ABDEL-QADER, and                                       :
JAMILAH MABRUK, BOTH D/B/A                                  :
ACCT-2004 D/B/A CPA-2005 AND                                :
JOHN DOES NOS. 1-5,                                         :
                                                            :
                              Defendants.                   :
------------------------------------------------------------x

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

attorneys for the parties, as follows:

     1.    The time by which Defendants are required to answer, move, or otherwise

respond to the complaint shall be, and hereby is, extended from May 7, 2008 through June

6, 2008.

     2.    A signature to this stipulation and order transmitted by facsimile or e-mail

shall be accepted as an original signature.

Dated:  New York, New York
       May 2, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

DUNNEGAN LLC

By: _____
     William Dunnegan
        (WD 9316)

Attorneys for Plaintiffs
350 Fifth Avenue
New York, NY 10118
(212) 332-8300

LAW OFFICES OF CLIFFORD JAMES

By: _____
     Clifford James
        (CJ 5037)

Attorneys for Defendants
270 Madison Avenue, Suite 1410
New York, NY 100156-0601
212.532.6333

So Ordered:

_____
     USDJ

May  4 , 2008

- 2 -